# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **22-MJ-01739**

USAO No. **2019R01494**

Date **7/11/2022**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ☐ Removal Proceedings in

*United States v.* **John Labella**

The Complaint/Rule 40 Affidavit was filed on **02/18/2022**

*U.S. Marshals please withdraw warrant*

**MICHAEL HERMAN**
Digitally signed by MICHAEL HERMAN
Date: 2022.07.11 11:11:46 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Michael Herman**
(print name if signature handwritten)

**SO ORDERED:**

DATE: **July 11, 2022**

_____
JAMES L. COTT
United States Magistrate Judge